# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-16-00080-CV
_____

### CRESCENT TERMINALS, L.L.C., Appellant

### V.

### EXXON MOBIL OIL CORPORATION; SUNOCO PARTNERS MARKETING AND TERMINALS, L.P.; AND SAYBOLT, L.P., Appellees

**On Appeal from the 136th District Court
Jefferson County, Texas
Trial Cause No. D-194,189**

## MEMORANDUM OPINION

The appellant, Crescent Terminals, L.L.C., filed a motion to dismiss its appeal. According to the appellant, it filed notice of appeal prematurely and outstanding issues remain to be resolved by the trial court. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice


Submitted on April 13, 2016
Opinion Delivered April 14, 2016

Before McKeithen, C.J., Kreger and Johnson, JJ.